IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN ANTOINE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**JP MORGAN CHASE BANK,**<br>**AMERICAN SECURITY INSURANCE**<br>**COMPANY, and SHAPIRO & BURSON.**<br>**LLP,**<br><br>    **Defendants.** | Case No. 1:08-cv-00615-HHK |

**CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

**COMES NOW** Defendant JP Morgan Chase Bank, by counsel, and respectfully requests an extension of time for it to answer or otherwise respond to Plaintiff Jean Antoine's Amended Complaint up to and including May 19, 2008.  The undersigned has contacted counsel for Plaintiff, who has consented to the brief extension requested in this Motion.  A proposed Order is attached hereto.

**WHEREFORE**, Defendant JP Morgan Chase Bank respectfully requests that this Court extend the time period within which it must respond to Plaintiff's Amended Complaint up through and including May 19, 2008.

Dated: May 1, 2008

                                            Respectfully submitted,

                                            s/ Matthew P. Previn
                                        Matthew P. Previn, Esq. (#460228)
                                        BUCKLEY KOLAR LLP
                                        1250 24th Street, NW, Suite 700
                                        Washington, DC  20037
                                        202-349-8000 (telephone)
                                        202-349-8080 (facsimile)
                                        *Counsel for Defendant JP Morgan Chase Bank*

     I, <u>L. Saundra White</u>, Attorney for Plaintiff Jean Antoine consent to Defendant JP Morgan Chase Bank's Request to extend the time to answer or respond to Plaintiff's Amended Complaint on or before May 19, 2008.

                                            */s/L. Saundra White*
                                            L. Saundra White,
                                            Federal Bar # MD012370
                                            3540 Crain Highway, #107
                                            Bowie, Md 20716
                                            (301) 574-3547
                                            Email: whitelegalgrp@aol.com
                                            Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on May 1, 2008, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

                                            s/
                                            Matthew P. Previn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE,<br><br>    **Plaintiff,**<br><br>v.<br><br>JP MORGAN CHASE BANK,<br>AMERICAN SECURITY INSURANCE<br>COMPANY, and SHAPIRO & BURSON.<br>LLP,<br><br>    **Defendants.** | Case No. 1:08-cv-00615-HHK |

**PROPOSED ORDER GRANTING CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

On consideration of the Consent Motion for Extension of Time to Respond to Complaint filed by Defendant JP Morgan Chase Bank, and finding that good cause exists to grant the Motion, it is

ORDERED that the Motion be and it hereby is GRANTED; and it is hereby

FURTHER ORDERED that the time in which Defendant JP Morgan Chase Bank must respond to Plaintiff's Amended Complaint is hereby extended up to and including May 19, 2008.


This ____ day of _____, 2008        _____
                                          Hon. Henry H. Kennedy, Jr.
                                          United States District Judge

<u>Serve:</u>

L. Saundra White, Esq.
White & Associates, PA
3540 Crain Highway, Suite 107
Bowie, MD  20716
e-mail: whitelegalgrp@aol.com
*Counsel for Plaintiff*

Matthew P. Previn, Esq.
Buckley Kolar LLP
1250 24th Street, NW, Suite 700
Washington, DC  20037
e-mail: mprevin@buckleykolar.com
*Counsel for Defendant*