# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:08-cv-00615 |
| ) | |
| JP MORGAN CHASE BANK, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Julie Quagliano, Esq., and Quagliano & Seeger, P.C., as counsel in this case for Defendant American Security Insurance Company ("ASIC").

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

Dated: May 5, 2008        By:    ___/s/ Julie Quagliano_____
Julie Quagliano, #393428
2620 P. Street, NW
Washington, DC 20007
Phone: (202) 822-8838
Direct: (202) 298-6629
Facsimile: (202) 822-6982
quagliano@quagseeg.com

**Counsel for Defendant ASIC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, the foregoing will be filed electronically on the Court's ECF system which will then send notification of such filing to the following:

> L. Saundra White, Esq.
> 3540 Crain Highway, #107
> Bowie, Maryland  20176
> (301) 574-3547
> Email: whitelegalgrp@aol.com
>
> **Counsel for Plaintiff**
>
> Matthew P. Previn, Esquire
> BUCKLEY KOLAR, LLP
> 1250 24th Street, NW
> Suite 700
> Washington, DC 20037
> (202) 349-8090
> Email: mprevin@buckleykolar.com
>
> **Counsel for Defendant JP Morgan Chase Bank**

and that a copy of the foregoing was sent by first class mail, postage prepaid, on May 5, 2008, to:

> Shapiro & Burson, LLP
> c/o John S. Burson
> 13135 Lee Jackson Highway, #201
> Fairfax, VA 22033
>
> **Defendant**

　　　　　　　　　　　　　　　　　　　　/s/ Julie Quagliano
　　　　　　　　　　　　　　　　　　Julie Quagliano, Esquire