IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00615-HHK |
| ) | |
| ) | |
| JP MORGAN CHASE BANK, ) | |
| AMERICAN SECURITY INSURANCE ) | |
| COMPANY, and SHAPIRO & BURSON, ) | |
| LLP, ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE NOTING ENTRY OF APPEARANCE**

TO THE CLERK: Please enter the appearances of John Tremain May and Padraic K. Keane of JORDAN COYNE & SAVITS, LLP as counsel for defendant Shapiro & Burson, LLP.

Respectfully submitted,

JORDAN COYNE & SAVITS LLP

By: _____
John Tremain May # 294199
Padraic K. Keane # 486285
1100 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
(202) 296-4747
Fax: (202) 496-2800
j.may@jocs-law.com
p.keane@jocs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __7th__ day of __May__ 2008, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

_____
Padraic K. Keane