IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN ANTOINE,

      Plaintiff,

v.                                             Case No. 1:08-cv-00615-HHK

JP MORGAN CHASE BANK,
AMERICAN SECURITY INSURANCE
COMPANY, and SHAPIRO & BURSON,
LLP,

      Defendants,

**DEFENDANT SHAPIRO & BURSON, LLP'S PARTIAL CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

    **COMES NOW** the Defendant, Shapiro & Burson LLP, by counsel, and respectfully requests an extension of time for it to answer or otherwise respond to the Plaintiff's Amended Complaint up to and including May 19, 2008. The Defendant received consent from Plaintiff's counsel for this extension on May 1, 2008. A proposed consent order is attached hereto.

    **WHEREFORE**, the Defendant, Shapiro & Burson LLP, respectfully asks that this Honorable Court extend the time period within which it must respond to Plaintiff's Amended Complaint up through and including May 19, 2008.

    Respectfully submitted,

    JORDAN COYNE & SAVITS LLP

    By: _____
    John Tremain May # 294199
    Padraic K. Keane # 486285
    1100 Connecticut Ave. NW, Suite 600
    Washington, D.C. 20036
    (202) 296-4747
    Fax: (202) 496-2800
    j.may@jocs-law.com
    p.keane@jocs-law.com

## LCvR 7(M) CERTIFICATION

I hereby certify L. Saundra White, Esq., counsel for the plaintiff, and Matthew Previn, Esq., counsel for defendant JP Morgan Chase Bank, were contacted via telephone on May 7, 2008 and consented to the relief requested herein. I was unable to contact Julie Ann Quagliano, Esq., counsel for defendant American Security Insurance, and as such was unable to obtain Ms. Quagliano's consent to the relief requested herein.

_____
Padraic K. Keane

## CERTIFICATE OF SERVICE

I hereby certify that on the __7th__ day of __May,__ 2008, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

_____
Padraic K. Keane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN ANTOINE,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 1:08-cv-00615-HHK

JP MORGAN CHASE BANK,
AMERICAN SECURITY INSURANCE
COMPANY, and SAHPIRO & BURSON,
LLP,

      Defendants,

ORDER GRANTING PARTIAL CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

On consideration of the Motion for Extension of Time to Respond to Complaint filed by Defendant Shapiro & Burson, LLC, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED that the time in which Defendant Shapiro & Burson must respond to Plaintiff's Amended Complaint is hereby extended up to an including May 19, 2008.


This___ day of _____, 2008　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Henry J. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge