IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEAN ANTOINE, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 08-615  HHK |
| JP MORGAN CHASE BANK, *et al.,* | * | |
| Defendants. | * | |

**DEFENDANT ASIC'S MOTION FOR EXTENSION OF TIME TO FILE ITS
ANSWER OR OTHER RESPONSIVE PLEADINGS TO THE AMENDED COMPLAINT**

Defendant American Security Insurance Company ("ASIC"), by and through counsel, Quagliano & Seeger, P.C., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7, and with consent of Co-Defendant Shapiro & Burson, LLP ("Co-Defendant Burson"), respectfully requests this Honorable Court grant a brief one (1) week extension of time for ASIC to file its answer or other responsive pleading. In support, ASIC states as follows:

1. ASIC was served with the Complaint by service of process on its registered agent in Delaware on April 14, 2008. ASIC's response to the Complaint was due on or before May 5, 2008.

2. Plaintiff served an Amended Complaint on ASIC's registered agent in Delaware on April 29, 2008. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, ASIC's response to the Amended Complaint is due within ten (10) days of service on May 9, 2008.

3. The undersigned counsel just received the Amended Complaint in the last week. ASIC requests a brief one (1) week extension of time to file its answer or other responsive pleadings to and including May 16, 2008, to give its counsel sufficient time to review the background documents and investigate the Amended Complaint.

4.	Pursuant to Local Rule 7(m), ASIC contacted Plaintiff's counsel by phone and by email to obtain Plaintiff's consent on this motion. ASIC has been unable to reach Plaintiff or Co-Defendant JP Morgan Chase Bank. Co-Defendant Burson has no objection to ASIC's request herein.

WHEREFORE, Defendant American Security Insurance Company respectfully requests that this Honorable Court grant its motion for a brief one (1) week extension of time to file its answer or other responsive pleading, to and including May 16, 2008.

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

/s/ *Julie Quagliano*
Julie Quagliano, DC Bar #393428
2620 P Street, NW
Washington, DC 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

**Counsel for Defendant ASIC**


**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008, a copy of the foregoing will be electronically filed through the Court CM/ECF system which will then send a notification of such filing (NEF) to the following:

L. Saundra White, Esq.
3540 Crain Highway
#107
Bowie, Maryland 20716
Phone: (301) 574-3547

**Counsel for Plaintiff**

Matthew P. Previn, Esq.
Buckley Kolar LLP
1250 24th Street, NW

Suite 700  
Washington, DC  20037  
Phone (202) 349-8000  
Fax (202) 349-8080  

**Counsel for Defendant JP Morgan Chase Bank**

John May, Esq.  
Padraic K. Keane, Esq.  
Jordan Coyne & Savits LLP  
1100 Connecticut Avenue, NW  
Suite 600  
Washington, DC  20036  
Phone (202) 296-4747  
Fax (202) 496-2800  

**Counsel for Defendant Shapiro & Burson**

      /s/ *Julie Quagliano*  
Julie Quagliano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEAN ANTOINE,** | * | |
| **Plaintiff,** | * | |
| v. | * | C.A. No. 08-615 HHK |
| **JP MORGAN CHASE BANK,** *et al.,* | * | |
| **Defendants.** | * | |

**ORDER GRANTING TIME EXTENSION FOR DEFENDANT ASIC
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADINGS**

This matter is before the Court upon the motion of Defendant American Security Insurance Company ("ASIC") that Defendant ASIC be granted a brief one (1) week extension to file its answer or other responsive pleadings, having just recently received the Amended Complaint in this action; and it appearing to the Court that there is good cause shown for the relief requested, it is this ____ day of May, 2008

ORDERED, that Defendant ASIC's motion for a time extension to file its answer or other responsive pleadings be and hereby is GRANTED; and it is further

ORDERED, that Defendant shall have a one (1) week extension, to and including May 16, 2007, in which to file its answer or other responsive pleadings in this matter.

_____
Judge, U.S. District Court