# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE,<br><br>**Plaintiff,**<br><br>v.<br><br>**JPMORGAN CHASE BANK, AMERICAN SECURITY INSURANCE COMPANY, and SHAPIRO & BURSON, LLP,**<br><br>**Defendants.** | Case No. 1:08-cv-00615-HHK |

## LOCAL RULE 7.1 CERTIFICATION
## ON BEHALF OF DEFENDANT JPMORGAN CHASE BANK.

I, the undersigned, counsel of record for, JPMorgan Chase Bank ("Chase"), certify that, to the best of my knowledge and belief, JPMorgan Chase Bank National Association is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation with outstanding securities in the hands of the public. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 19, 2008

Respectfully submitted,

/s/
Matthew P. Previn, Esq. (#460228)
BUCKLEY KOLAR LLP
1250 24th Street, NW, Suite 700
Washington, DC  20037
202-349-8000 (telephone)
202-349-8080 (facsimile)
*Counsel for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2008, a copy of the foregoing filed electronically through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/
                                      Matthew P. Previn