IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No: **1:08-cv-00615-HHK** |
| v. ) | |
| ) | |
| J.P. MORGAN CHASE BANK ) | |
| AMERICAN SECURITY INSURANCE ) | |
| COMPANY, and SHAPIRO & BURSON ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT SHAPIRO AND BURSON'S MOTION TO DISMISS**

  **NOW COMES** Plaintiff Jean Antoine by and through his counsel to request an extension of time to file his opposition to Defendant Shapiro and Burson's Motion to Dismiss for Failure to State a Claim upon which Relief May be Granted until June 6, 2008 and provide the following to support this request.

1. Defendant Shapiro and Burson was granted an extension to file its Answer to this Complaint but instead it filed its Rule 12(b)(6) Motion to Dismiss May 19, 2008.

 2. Plaintiff's Counsel was prepared to file a timely Opposition but on Tuesday, June 3, 2008, a thunderstorm and the remains of a tornado hit the area where Plaintiff's counsel maintains her law office.

  3. This extension is needed because Plaintiff counsel's law office has been without electricity and some of her files pertaining to this matter was lost.  Plaintiff is requesting an extension until Friday, June 6, 2008.

4. Plaintiff was unable to obtain consent for this extension from Defendant Shapiro and Burson.

**WHEREFORE**, Plaintiffs pray that this Court will extend the time for filing his opposition to Defendant's Motion to Dismiss and Motion for Summary Judgment until Friday, June 6, 2008.

Respectfully submitted,

/s/ *L. Saundra White*
L. Saundra White, #MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
(240) 455-6491
E-mail: WhiteLegalGrp@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN ANTOINE** ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No: **1:08-cv-00615-HHK** |
| v. ) | |
| ) | |
| **J.P. MORGAN CHASE BANK** ) | |
| **AMERICAN SECURITY INSURANCE** ) | |
| **COMPANY, and SHAPIRO & BURSON** ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES TO
SUPPORT PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**NOW COMES**, Plaintiff by and through their counsel to present the following points and authorities to support Plaintiffs' Motion to extend the time until June 6, 2008 to file his Opposition to Defendant Shapiro and Burson's Motion to Dismiss For Failure to State a Claim Upon Which Relief Maybe Granted. .

1. Fed. R. Civ. Pro. 6(b)(1)
2. The inherent powers of this Court
3. Rationale stated in the Plaintiffs Motion to Extend Time to file their Opposition
4. LcvR 7(m)
5. In the interest of Justice.

Respectfully submitted,

*/s/ L. Saundra White*
L. Saundra White, #MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
(240) 455-6491
E-mail: WhiteLegalGrp@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of June, 2008, the foregoing was electronically filed via the United States District Court electronic filing system (CM/ECF system) to the following:

Padraic K. Keane
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Counsel for Defendant Shapiro & Burson, LLP

Julie Ann Quagliano
Quagliano & Seeger, PC
2620 P Street, NW
Washington, D.C. 20007
Counsel for Defendant American Security Insurance Company

Matthew P. Previn, Esq.
Buckley Kolar, LLP
1250 24th Street, NW, Suite 700
Washington, D.C. 20037
Counsel for Defendant JP Morgan Chase Bank

/s/ *L. Saundra White*
L. Saundra White, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN ANTOINE**               ) | |
|                                                    ) | |
|         Plaintiff                          ) | |
|                                                    ) | Case No: **1:08-cv-00615-HHK** |
|         v.                                    ) | |
|                                                    ) | |
| **J.P. MORGAN CHASE BANK**       ) | |
| **AMERICAN SECURITY INSURANCE** ) | |
| **COMPANY, and SHAPIRO & BURSON** ) | |
|                                                    ) | |
|         Defendants                    ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Extend time to file Opposition to Defendant Shapiro and Burson's Motion to Dismiss For Failure to State a Claim Upon Which Relief May Be Granted, Plaintiff's Opposition, any reply and the entire record, it is this _____ day of _____, 20__ hereby

**ORDERED** that Plaintiff's Motion to Extend Time to File Opposition is **GRANTED** and;

**ORDERED** that Plaintiff shall File His Opposition to Defendant's Motion to Dismiss by Friday, June 6, 2008.

_____

JUDGE