IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEAN ANTOINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00615-HHK |
| | ) | |
| JP MORGAN CHASE BANK, | ) | |
| AMERICAN SECURITY INSURANCE | ) | |
| COMPANY, and SHAPIRO & BURSON, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT LCvR 16.3 REPORT

Plaintiff, Jean Antoine, and Defendants, JP Morgan Chase Bank, American Security Insurance Company, and Shapiro & Burson LLP (collectively the "Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26 and LCvR 16.3, hereby respectfully submit the following Joint Report.

1. The Defendants believe that this matter is likely to be disposed of by dispositive motion at some point in the course of the litigation. The Parties agree that discovery should be stayed pending decisions on any Rule 12 motions to dismiss.

2. The Parties agree that any other parties should be joined, and any amended pleadings filed, no later than June 27, 2008.

3. The Parties were unable to agree to assign this case to a magistrate judge for all purposes, including trial; the Parties agree, however, to assign a magistrate judge to this case for any discovery disputes.

4. The Parties are open to the possibility of settling the case.

5.  The Parties believe that the case could benefit from the Court's alternative dispute resolution procedures, but believe it would be more useful in the early stages of the discovery period. The Parties believe that mediation would be the most useful ADR procedure.

6.  Defendant Shapiro & Burson, LLP believes those portions of the case that relate to Shapiro & Burson can be resolved via its pending motion to dismiss. The Parties suggest that dispositive motions be due thirty (30) days after the close of discovery, with oppositions due thirty (30) days thereafter, and any replies due fifteen (15) days after that. The Parties defer to the Court's discretion as to the deadline for decisions on any such dispositive motions.

7.  The parties do not wish to dispense with the Rule 26 initial disclosures. However, the Parties have agreed to delay the exchange of the Rule 26 initial disclosures until July 11, 2008, so as to accommodate any amended pleadings and/or additional parties.

8.  The Parties request a six (6) month discovery period, and request that the discovery period commence after this Honorable Court rules on any Rule 12 motions to dismiss. The Parties will require the issuance of a protective order in light of the anticipated exchange of the Parties' confidential information. The exchange of initial disclosures will occur as set forth in paragraph 7, above.

9.  The Parties suggest that the Plaintiff's expert witness reports and information pursuant to Rule 26(a)(2) shall be due ninety (90) days prior to the close of discovery. The Defendants' expert witness reports and information pursuant to Rule

26(a)(2) shall be due forty-five (45) days prior to the close of discovery. Depositions of experts may occur at any time after the respective expert's reports have been provided.

10. Not applicable.

11. The Parties do not believe this matter should be bifurcated.

12. The Parties suggest that the pretrial conference should occur thirty (30) days after rulings on any post-discovery dispositive motions.

13. The Parties suggest that a trial date be set at the pretrial conference from thirty (30) to sixty (60) days after the pretrial conference.

14. The Parties have no further matters at this time for inclusion in a scheduling order.

Respectfully submitted,

___/s/___
L. Saundra White, Esq. # MD012370
3540 Crain Highway, # 107
Bowie, MD 20716
(301) 574-3547

*Counsel for Plaintiff*

___/s/___
Matthew P. Previn, Esq. # 460228
Buckley Kolar, LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8090

*Counsel for Defendant JP Morgan
  Chase Bank*

___/s/___
Julie Ann Quagliano, Esq.# 393428
Quagliano & Seeger, P.C.
2620 P Street NW
Washington, D.C. 20007
Phone (202) 822-8838
Fax (202) 822-6982
Email: quagliano@quagseeg.com

*Counsel for Defendant American
  Security Insurance Company*

___/s___
John Tremain May, Esq. # 294199
Padraic K. Keane, Esq. # 486285
Jordan Coyne & Savits, LLP
1100 Connecticut Ave. NW
Suite 600
Washington, D.C. 20036

*Counsel for Defendant
  Shapiro & Burson, LLP*

3

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Joint LCvR 16.3 Report were electronically filed and mailed, first class and postage prepaid, this 16th day of June, 2008, to:

>L. Saundra White, Esq.
>3540 Crain Highway, # 107
>Bowie, MD 20716
>*Counsel for Plaintiff*
>
>Matthew P. Previn, Esq.
>Buckley Kolar, LLP
>1250 24th Street NW, Suite 700
>Washington, D.C. 20037
>*Counsel for Defendant JP Morgan Chase Bank*
>
>Julie Ann Quagliano, Esq.
>Quagliano & Seeger, PC
>2620 P Street NW
>Washington, D.C. 20036
>*Counsel for Defendant American Security Insurance Company*

_____/s/_____<br>
Padraic K. Keane