IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00615-HHK |
| ) | |
| ) | |
| JP MORGAN CHASE BANK, ) | |
| AMERICAN SECURITY INSURANCE ) | |
| COMPANY, and SHAPIRO & BURSON, ) | |
| LLP, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL MEET AND CONFER STATEMENT

Plaintiff, Jean Antoine, and Defendants, JP Morgan Chase Bank, American Security Insurance Company, and Shapiro & Burson LLP (collectively the "Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26 and LCvR 16.3, hereby respectfully submit the following Supplemental Meet and Confer Statement.

1. The Parties participated in a teleconference on July 16, 2008 to discuss and attempt to reach agreement regarding the discovery and disclosure of electronically-stored information. The Parties were unable to reach any such agreement as to the scope, methods, or any other aspect of electronically-stored information.

2. The Parties have agreed, in principle, to seek a protective order in this matter so as to safeguard confidential information relating to the Plaintiff's loan documentation, and any other confidential information exchanged between the parties. The Parties have agreed to defer the exchange of initial disclosures until the proposed protective order has been considered and ruled upon by this Honorable Court.

Respectfully submitted,

_____/s/_____
L. Saundra White, Esq. # MD012370
3540 Crain Highway, # 107
Bowie, MD 20716
(301) 574-3547

*Counsel for Plaintiff*

_____/s/_____
Julie Ann Quagliano, Esq.# 393428
Quagliano & Seeger, P.C.
2620 P Street NW
Washington, D.C. 20007
Phone (202) 822-8838

*Counsel for Defendant American
Security Insurance Company*

_____/s/_____
Matthew P. Previn, Esq. # 460228
Buckley Kolar, LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8090

*Counsel for Defendant JP Morgan
 Chase Bank*

_____/s_____
John Tremain May, Esq. # 294199
Padraic K. Keane, Esq. # 486285
Jordan Coyne & Savits, LLP
1100 Connecticut Ave. NW
Suite 600
Washington, D.C. 20036
(202) 496-2846

*Counsel for Defendant
 Shapiro & Burson, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Supplemental Meet & Confer Statement were electronically filed and mailed, first class and postage prepaid, this 22nd day of July, 2008, to:

> L. Saundra White, Esq.
> 3540 Crain Highway, # 107
> Bowie, MD 20716
> *Counsel for Plaintiff*
>
> Matthew P. Previn, Esq.
> Buckley Kolar, LLP
> 1250 24th Street NW, Suite 700
> Washington, D.C. 20037
> *Counsel for Defendant JP Morgan Chase Bank*
>
> Julie Ann Quagliano, Esq.
> Quagliano & Seeger, PC
> 2620 P Street NW
> Washington, D.C. 20036
> *Counsel for Defendant American Security Insurance Company*

/s/
Padraic K. Keane