UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE,<br>          Plaintiff,<br><br>          v.<br><br>J.P. MORGAN CHASE BANK, et al.,<br><br>          Defendants. | Civil Action 08-00615 (HHK) |

ORDER

Before the court is defendant Shapiro & Burson, LLP's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted [#12]. Upon consideration of the motion, opposition thereto, and the record of this case, the court concludes that the motion must be denied for two reasons.

First, applying the appropriate standard, it can not be said that plaintiff has failed to plead facts sufficient to withstand the motion. *See Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1967, 1969 (2007) (holding that, in order to survive a motion to dismiss brought pursuant to Fed. R. Civ. P. 12(b)(6), a plaintiff need only allege a "plausible entitlement to relief" by setting forth "any set of facts consistent with the allegations in the complaint.").

Second, it is clear that defendant's motion invites the court to consider matters dehors the pleadings, specifically the attachments to the motion. Were the court to consider these attachments, the court would be required to treat this motion as one for summary judgment. *See* Fed. R. Civ. P. 12(d). The court will not do so in the absence of the submission of a statement of material facts as to which the moving party contends there is no genuine issue, as required by Local Civil Rule 7(h).

Accordingly, it is this 11th day of August 2008, hereby

**ORDERED** that defendant's motion to dismiss [#12] is **DENIED**.

                                      Henry H. Kennedy, Jr.
                                      United States District Judge