IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN ANTOINE )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>J.P. MORGAN CHASE BANK, )<br>AMERICAN SECURITY INSURANCE )<br>COMPANY, and SHAPIRO & BURSON, )<br>LLP, )<br>)<br>   Defendants ) | Case No. 1:08-cv-00615-HHK |

CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF COLUMBIA</u>

I, the undersigned, counsel of record for defendant Shapiro & Burson, LLP, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of my client which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this Court may determine the need for recusal.

                                                              Respectfully submitted,

                                                              JORDAN COYNE & SAVITS, LLP

                                                By:_____/s/_____
                                                    John Tremain May # 294199
                                                    Padraic K. Keane # 486285
                                                    1100 Connecticut Avenue, NW
                                                    Suite 600
                                                    Washington, D.C. 20036
                                                    (202) 296-4747
                                                    Fax: (202) 496-2800

*Counsel for Defendant Shapiro & Burson, LLP*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of the foregoing were electronically filed and mailed, first class and postage pre-paid, on this 25th day of August, 2008, to:

>L. Saundra White, Esq.
>3540 Crain Highway, #107
>Bowie, MD 20716
>*Counsel for Plaintiff*
>
>Julie Ann Quagliano
>QUAGLIANO & SEEGER, PC
>2620 P Street NW
>Washington, DC 20007
>*Counsel for Defendant American Security Ins. Co.*
>
>Matthew P. Previn, Esq.
>BUCKLEY KOLAR, LLP
>1250 24th Street, NW, Suite 700
>Washington, D.C. 20037
>*Counsel for Defendant JP Morgan Chase Bank*

_____/s/_____
Padraic K. Keane