**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEAN ANTOINE | *  |
| | *    08cv615(HHK) |
| | * |
| Vs. | * |
| | * |
| | * |
| JP MORGAN CHASE BANK | * |

**OPPOSITION TO DEFENDANT SHAPIRO & BURSON'S**
**MOTION TO COMPEL**

Plaintiff Antoine responds to the motion as follows:

      As indicated in the motion to compel, prior counsel of Mr. Antoine did not make timely responses to discover requests.  Current counsel has had difficulty in the sense that prior counsel has refused to turn over her files.  The refusal to turn over the documents will be the subject of a hearing on 2/23/09 at 11am in the case of Jean Antoine, et al vs. U.S. Bank National Association et al, 07cv1518(RMU).  That said, immediately prior to the filing of this pleading, counsel sent by email transmission answers to interrogatories of the defendant as well as answers to document requests.  Given the hearing on 2/23/09, this counsel is mindful of the continuing duties in regards to discovery.  However, plaintiff would state that the answers to the discovery requests are, at this point, responsive to the motion to compel and that the motion can be denied without prejudice.

      Respectfully Submitted

/s/ Paul D. Hunt
Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853
Phone:  301-452-2316
Fed, Bar #447182

CERTIFCATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed and sent electronically on 2/20/09 to:

Padraic Keane
1100 Connecticut Ave., NW
Suite 600
Washington, DC  20036

Julie Qugliano
2620 P Street, NW
Washington, DC   2007

Mathew Previn
1250 24th Street, SW, Suite 700
Washington, DC   20037


/s/ Paul D. Hunt
Paul D. Hunt